<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2581**

---

ANTHONY F. WOOD,

                                    Plaintiff - Appellant,

        versus

KENNETH  S.  APFEL,  COMMISSIONER  OF  SOCIAL
SECURITY,

                                    Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CA-00-289-2)

---

Submitted:  April 27, 2001          Decided:  May 3, 2001

---

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Anthony F. Wood, Appellant Pro Se.  Kent Pendleton Porter, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony F. Wood appeals the district court's order denying relief in his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Wood v. Apfel, No. CA-00-289-2 (E.D. Va. Oct. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED